IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30801
Summary Calendar
_____

ALVIN WASHINGTON,

Plaintiff-Appellant,

versus

19TH JUDICIAL DISTRICT COURT; LOUISIANA STATE BOARD OF
PRIVATE SECURITY EXAMINERS; LOUISIANA BOARD OF PARDONS AND
PAROLE,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 01-CV-267-C
--------------------
December 6, 2001

Before DAVIS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Alvin Washington moves for leave to proceed in forma pauperis (IFP) after failing to obtain leave of the district court to proceed IFP. The magistrate judge found that Washington's appeal was taken in bad faith and Washington does not argue that the magistrate judge lacked authority to make such a finding. Washington moves for relief pursuant to FED. R. CIV. P. 60(b). His Rule 60(b) motion is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Washington seeks to appeal IFP from the dismissal of his civil-rights action as frivolous and for failure to state a claim. He has failed to argue that the defendants were not entitled to immunity from liability for damages beyond stating the issue. He has failed to brief that issue for appeal. *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Nor does Washington brief whether the district court erred by determining that he had failed to state a claim. *Id*. Washington has failed to brief the bases for the bad-faith determination and the dismissal of his action.

Washington's appeal is without arguable merit and is frivolous. *Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, Washington's IFP motion is DENIED and his appeal is DISMISSED. 5TH CIR. R. 42.2.

We caution Washington that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Washington is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous. All of appellant's pending motions are denied.

IFP DENIED; APPEAL DISMISSED. 5TH CIR. R. 42.2. SANCTIONS WARNING ISSUED.